Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-343-732**

**Effective Date of Registration:**
March 10, 2023
**Registration Decision Date:**
April 26, 2023

---

## Title

**Title of Work:** Quarantine Cats

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm

Page 1 of 2



Quarantine Cats   Year of creation : 2020   Date of first publication: September 1, 2020
Place of first publications: Brigid Ashwood website, Etsy shop, social media platforms, and as a jigsaw puzzle for Buffalo Games

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-330-727**
**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 14, 2022

## Title

**Title of Work:** Tea and Books Textured Background

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 31, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm



Case: 1:25-cv-11596 Document #: 1-1 Filed: 09/24/25 Page 6 of 13 PageID #:15

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-330-370**

**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 08, 2022

## Title

Title of Work: Rose Butterfly Cross

## Completion/Publication

Year of Completion: 2012
Date of 1st Publication: December 31, 2012
Nation of 1st Publication: United States

## Author

- Author: Brigid Kristina Payne Ashwood
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

Organization Name: Tate & Co. Licensing
Name: Joseph Tate
Email: info@tatelicensing.com
Telephone: (732)395-7696
Address: 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

Name: David Denholm

Page 1 of 2

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-330-544**

**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 12, 2022

---

## Title

**Title of Work:** Storytime Cats and Books

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 31, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-330-695**

**Effective Date of Registration:**
November 17, 2022
**Registration Decision Date:**
December 13, 2022

## Title

  **Title of Work:** Celtic Moon Triquetra

## Completion/Publication

  **Year of Completion:** 2012
  **Date of 1st Publication:** December 31, 2012
  **Nation of 1st Publication:** United States

## Author

-   **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Brigid Kristina Payne Ashwood
  2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

  **Organization Name:** Tate & Co. Licensing
  **Name:** Joseph Tate
  **Email:** info@tatelicensing.com
  **Telephone:** (732)395-7696
  **Address:** 16 Christopher Dr
  Howell, NJ 07731 United States

## Certification

  **Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**VA 2-332-942**
**Effective Date of Registration:**
December 05, 2022
**Registration Decision Date:**
January 12, 2023

---

## Title

**Title of Work:** Celtic Wolf Guide

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 31, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Brigid Kristina Payne Ashwood
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brigid Kristina Payne Ashwood
2228 Cardinal Drive, Plano, TX, 75023, United States

## Rights and Permissions

**Organization Name:** Tate & Co. Licensing
**Name:** Joseph Tate
**Email:** info@tatelicensing.com
**Telephone:** (732)395-7696
**Address:** 16 Christopher Dr
Howell, NJ 07731 United States

## Certification

**Name:** David Denholm

Page 1 of 2

